1
2
3
4
5

6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8

9   DAVID HANS MORALES,                    1:22-cv-00171-BAK/GSA (PC)

10              Plaintiff,

                                           ORDER TO SUBMIT APPLICATION
11        v.                               TO PROCEED IN FORMA PAUPERIS
                                           OR PAY FILING FEE WITHIN 45 DAYS
12   KATHLEEN ALLISON, et al.,

13              Defendants.

14

15        Plaintiff is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C.

16   § 1983.  Plaintiff has not paid the $402.00 filing fee, or submitted an application to proceed *in*

17   *forma pauperis* pursuant to 28 U.S.C. § 1915.

18        Accordingly, IT IS HEREBY ORDERED that:

19        Within forty-five (45) days of the date of service of this order, plaintiff shall submit the

20   attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay

21   the $402.00 filing fee for this action.  **No requests for extension will be granted without a**

22   **showing of good cause.  Failure to comply with this order will result in dismissal of this**

23   **action.**

24
25   IT IS SO ORDERED.

26   Dated:  __February 10, 2022__          _____/s/ Gary S. Austin_____
                                            UNITED STATES MAGISTRATE JUDGE
27

28