1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11    DAVID HANS MORALES,                    Case No. 1:22-cv-00171-KES-CDB (PC)

12              Plaintiff,                   ORDER ADOPTING FINDINGS AND
                                             RECOMMENDATIONS
13        v.

14    KATHLEEN ALLISON, et al.,

15              Defendants.
                                             (Doc. 15)
16

17

18        Plaintiff David Hans Morales is a state prisoner proceeding pro se and in forma pauperis

19    in this civil rights action. This matter was referred to a United States magistrate judge pursuant to

20    28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21        On November 3, 2023, the assigned magistrate judge issued findings and

22    recommendations, recommending that plaintiff's first amended complaint proceed only on the

23    Eighth Amendment failure to protect claims against twelve individuals employed at Pleasant

24    Valley State Prison ("PVSP"), that any remaining claims in plaintiff's first amended complaint

25    be dismissed, and that named Defendants Allison and Doe CDCR Secretary be dismissed from

26    this action.  Doc. 15.  The findings and recommendations were served on plaintiff and contained

27    notice that objections were to be filed within fourteen days.  *Id*. at 4.  Plaintiff did not file

28

1   objections and the time to do so has passed.

2       In accordance with 28 U.S.C. § 636(b)(1), this court has conducted a de novo review of

3   this case.  Having carefully reviewed the file, the court finds the findings and recommendations to

4   be supported by the record and proper analysis.

5       Accordingly, IT IS HEREBY ORDERED that:

6   1.  The findings and recommendations issued on November 3, 2023 (Doc. 15) are

7       ADOPTED IN FULL;

8   2.  This action PROCEEDS only on the Eighth Amendment failure to protect claims in

9       plaintiff's first amended complaint against the following individuals employed at

10      PVSP:

11          a.  John Doe, Warden

12          b.  John Doe, Facility B Captain

13          c.  John Doe, Facility B Lieutenant

14          d.  John Doe, Facility B Sergeant

15          e.  John Doe, Facility C Captain

16          f.  John Doe, Facility C Lieutenant

17          g.  John Doe, Facility C Sergeant

18          h.  Correctional Officer Phillips

19          i.  Correctional Officer Rodriguez

20          j.  Correctional Officer Hernandez

21          k.  O. Onyehe, and

22          l.  Ifeoma Oghuehi

23  3.  The remaining claims in plaintiff's first amended complaint are DISMISSED;

24  ///

25  ///

26  ///

27  ///

28  ///

2

4. Defendants Kathleen Allison and Doe CDCR Secretary are DISMISSED; and

5. This matter is referred back to the assigned magistrate judge for further proceedings.


IT IS SO ORDERED.

Dated:  July 31, 2024

_____
UNITED STATES DISTRICT JUDGE