UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HANS MORALES,<br><br>   Plaintiff,<br><br>   v.<br><br>KATHLEEN ALLISON, et al.,<br><br>   Defendants. | Case No. 1:22-cv-00171-KES-CDB (PC)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>**ORDER DIRECTING CLERK OF THE COURT TO TERMINATE DEFENDANT I. RIOS ONLY**<br><br>(Doc. 36) |

Plaintiff David Hans Morales is a state prisoner proceeding pro se and *in forma pauperis* in this civil rights action.

**I.    RELEVANT BACKGROUND**

On January 3, 2025, the Court issued its Order Finding Service Appropriate. (Doc. 23.) Specifically, the Court ordered service, in relevant part, of "**I. Rios**, allegedly employed as a Facility B Lieutenant at PVSP on December 10, 2020." (*Id.* at 2, emphasis in original.)

On February 27, 2025, the United States Marshal filed its USM-285 form indicating that service could not be effected on "I. Rios" at "PVSP." (Doc. 31.) The Marshal contacted the litigation coordinator at Pleasant Valley State Prison for "any new info found to help identify I. Rios," but was advised it does not employ an "I. Rios" and had no further information. (*Id.*)

The Court issued its Order to Show Cause (OSC) Why Defendant I. Rios Should Not Be

1   Dismissed from this Action for Plaintiff's Failure to Provide Sufficient Information to Effectuate
2   Service on April 3, 2025. (Doc. 36.) Specifically, the Court noted a similarity concerning two
3   defendants identified after limited discovery: J. Rios and I. Rios. (*Id*. at 3.) The Court directed
4   Plaintiff to review his documentation to confirm he intended to name two individuals with the
5   surname Rios, and to provide additional information if he intended to name I. Rios as a defendant
6   in this action. (*Id*.) Alternatively, the Court recognized it was possible it had misread Plaintiff's
7   handwritten submission, mistaking a "J." for an "I." (*Id.*) Thus, Plaintiff was advised that he
8   should notify the Court if he wished to voluntarily dismiss any claims against "I. Rios." (*Id*. at 3-
9   4.)
10          On April 21, 2025, Plaintiff responded to the OSC. (Doc. 44.)
11   **II.     DISCUSSION**
12          Here, Plaintiff's notice filed April 21, 2025, makes clear that he did not intend to assert
13   any claims against "I. Rios," and that defendant J. Rios—who, along with dozens of other named
14   defendants, answered Plaintiff's complaint on April 14, 2025—is the proper individual against
15   whom Plaintiff intended to assert his claims. (Doc. 44.) Plaintiff expressly states he "wishes to
16   voluntarily dismiss 'I' Rios from this action." (*Id*. at 2.)
17          Thus, as to Defendant I. Rios only, this action is terminated by operation of law without
18   further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(i).
19   **III.    CONCLUSION AND ORDER**
20          Accordingly, the Court **HEREBY ORDERS**:
21          1.  The OSC (Doc. 36) is **DISCHARGED**; and
22          2.  The Clerk of the Court is **DIRECTED** to terminate "I. Rios" only and update the
23              docket accordingly.
24   IT IS SO ORDERED.
25      Dated:   **April 23, 2025**                    _____
26                                                     UNITED STATES MAGISTRATE JUDGE