UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HANS MORALES,<br>Plaintiff,<br>v.<br>ALLISON, et al.,<br>Defendants. | No. 1:22-cv-00171-KES-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>Doc. 58, 65 |

David Hans Morales is state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Morales brings claims against thirty defendants concerning the alleged failure to protect him from COVID-19 exposure in violation of the Eighth Amendment. Doc. 13. The defendants include 28 custody officials at Pleasant Valley State Prison; a treating medical provider, Nurse Practitioner Ogbuehi; and a medical executive, O. Onyehe. Defendants, except for defendant Ogbuehi, moved for summary judgment for failure to exhaust administrative remedies as required by the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a). Doc. 58.

The magistrate judge issued findings and recommendations that recommended defendants' motion for summary judgment be granted and that this action proceed only on Morales's claim against Ogbuehi alleging improper revocation of Morales's quarantine status. Doc. 65. Specifically, the magistrate judge determined that Morales did not exhaust his

administrative remedies as to any claims or defendants, except as to defendant Ogbuehi. *Id.* at 14–18. The magistrate judge concluded, as admitted by defendants, that Morales exhausted administrative remedies as to his claim that Ogbuehi improperly revoked his isolation status. *Id.* at 18.

The Court served the findings and recommendations on Morales and informed him that any objections were due within 14 days. Doc. 65 at 18. The Court also advised that a failure to file timely objections may result in the waiver of certain rights on appeal. *Id.* at 19 (citing *Wilkerson v. Wheeler*, 722 F.3d 834, 838-39 (9th Cir. 2014)). Morales did not file objections and the time to do so has expired.

In accordance with 28 U.S.C. § 636(b)(1), the Court conducted a de novo review. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and by proper analysis. The Court ORDERS:

1. The findings and recommendations issued on August 26, 2026 (Doc. 65) are ADOPTED in full.
2. Defendants' motion for summary judgment (Doc. 58) is GRANTED.
3. This action shall proceed only on Morales' Eighth Amendment failure to protect claim against Nurse Practitioner Ogbuehi alleging improper revocation of Morales's quarantine status.
4. All other claims and defendants are dismissed from this action without prejudice for failure to exhaust administrative remedies.

IT IS SO ORDERED.

Dated: September 22, 2026

UNITED STATES DISTRICT JUDGE