# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HANS MORALES,<br>Plaintiff,<br>v.<br>ALLISON, *et al.*,<br>Defendants. | Case No. 1:22-cv-00171-KES-BAM (PC)<br>ORDER LIFTING DISCOVERY STAY AND RESETTING REMAINING DISCOVERY DEADLINES<br>(ECF No. 62)<br>Discovery Deadline: January 22, 2027<br>Dispositive Motion Deadline: April 2, 2027 |

Plaintiff David Hans Morales ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 21, 2026, the Court stayed discovery pending final resolution of Defendants' then-pending motion alleging all defendants, except Obguehi, were entitled to summary judgment because Plaintiff did not exhaust his administrative remedies prior to filing suit. (ECF No. 62.) The Court indicated that if the summary judgment motion was denied, then it would issue an amended discovery order with new deadlines. Alternatively, if the motion was granted, then the remaining deadlines for the completion of discovery and for filing dispositive motions would be reset. (*Id.*)

On September 23, 2026, the Court granted Defendants' motion for summary judgment and this action now proceeds only on Plaintiff's Eighth Amendment failure to protect claim against Nurse Practitioner Obguehi alleging improper revocation of Plaintiff's quarantine status.

(ECF No. 66.) Based on resolution of Defendants' summary judgment motion, the Court finds it appropriate and necessary to lift the discovery stay and to reset the remaining discovery deadlines.

Accordingly, it is HEREBY ORDERED that:

1. The discovery stay (ECF No. 62), is LIFTED;
2. The deadline for completion of all discovery, including filing all motions to compel discovery, is reset from February 2, 2026, to **January 22, 2027**;
3. The deadline for filing all dispositive motions (other than a motion for summary judgment for failure to exhaust) is reset from April 13, 2026, to **April 2, 2027**.

IT IS SO ORDERED.

Dated: **September 24, 2026**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE