# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HANS MORALES,<br>Plaintiff,<br>v.<br>OGBUEHI,<br>Defendant. | Case No. 1:22-cv-00171-KES-BAM (PC)<br>ORDER TO RECAPTION CASE |

This action proceeds only against Defendant Ogbuehi. Therefore, the caption should reflect that this action no longer proceeds against any other defendants, and that there are no longer multiple defendants. Accordingly, the caption for this case shall be as reflected above.

IT IS SO ORDERED.

Dated: **September 25, 2026**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE